MARIA ROHRS v. LAWYERS TRUST COMPANY, as Successor Trustee, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

IVAN WOLFF v. HOLDEN-LEONARD Co., INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE BROOKLYN SAVINGS BANK v. LEON J. NEUMANN and Others, Impleaded with 329 EAST 47TH STREET REALTY CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PATRICK NAGLE for a Certiorari Order against JOHN L. RICE, as Commissioner of the Department of Health of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GRENVILLE KANE, as Trustee of the Trust for META KANE MOURICHON under the Last Will and Testament of EDITH KANE, Deceased. FLORENCE BREVOORT KANE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

NYAMCO ASSOCIATES, INC., v. ST. AUSTIN REALTY CORP. and Others, FLORENCE PARUKIN (Formerly OLIVER), LAND ESTATES, INCORPORATED, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EMIL HORWITZ v. JOHN RICHARDS SOFIO and Others, Impleaded with JOHN R. SOFIO & PARTNERS, LIMITED. MITCHELL R. BASKER v. JOHN RICHARDS SOFIO and Others, Impleaded with JOHN R. SOFIO & PARTNERS, LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of CLINTON W. BIRD, Deceased. WALLIS C. BIRD. UNITED STATES TRUST COMPANY OF NEW YORK and LENA BIRD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Construction of the Last Will and Testament of EMIL SPIELVOGEL, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS COHEN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.